## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 3:20-CV-5790-RV/HTC

Plaintiff:
**DAVID POSCHMANN**

vs.

Defendant:
**EAST PASS INVESTORS LLC**

For:
DREW M. LEVITT
4700 N.W. BOCA RATON BLVD
SUITE 302
BOCA RATON, FL 33431

Received by 24 Hour Process LLC on the 14th day of September, 2020 at 8:41 am to be served on **EAST PASS INVESTORS LLC MITCHELL W. LEGLER, REGISTERED AGENT, 4471 LEGENDARY DRIVE, DESTIN, FL 32541**.

I, Robert Kimrey, being duly sworn, depose and say that on the **23rd day of September, 2020** at **4:40 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Marshall Brooks** as **Corporate Comptroller** for **EAST PASS INVESTORS LLC**, at the address of: **4471 LEGENDARY DRIVE, DESTIN, FL 32541**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judical circuit in which the process was served. Under penalty of perjury, I declare that I have read the forgoing Return of Service and that the stated facts in it are true and correct. Pursuant to F.S. 92.525(2), notary not required.

Subscribed and Sworn to before me on the 25 day of _____ by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Karen E Moody
My Commission GG 301864
Expires 03/16/2023

**Robert Kimrey**
Certified Process Server #617

24 Hour Process LLC
3676 Collin Drive, Suite 1
West Palm Beach, FL 33406
(561) 705-2378

Our Job Serial Number: JEG-2020000805
Ref: EAST PASS INVESTORS LLC