UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

DAVID POSCHMANN,

    Plaintiff,

v.                                  Case No. 3:20-cv-05790-RV-HTC

EAST PASS INVESTORS, LLC,

    Defendants.
_____/

**PROPOSED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. The following relief is hereby approved:

1. Defendant shall file its Response to Plaintiff's Complaint by November 4, 2020.

[Remainder of Page Intentionally Blank]

**DONE AND ORDERED** this ___ day of October, 2020, in Chambers of the United States District Court for the Northern District of Florida.

_____
United States District Judge

cc: Counsel of Record